Date: October 3rd, 2009
Topic: Civil Suit

## In The Supreme Court of The United States of America

Eric Emanuel Taylor: Plaintiff — Pro Se        2:09cv489
2017 Ash Street
Portsmouth: Virginia 23707
        versus
Raymond A. Jackson — Defendant: U.S. District Judge
    600 Granby Street: Room 193-B
    Norfolk: Virginia 23510

1) Statement of Federal Jurisdiction:
Article III: Section 1:
"The Judicial Power of the United States — Shall be vested in one Supreme Court — and in such inferior Courts as the Congress may from time to time ordain and establish: The Judges — both of the Supreme and inferior Courts — shall hold their Offices during good Behavior — and shall — at stated Times — receive for their Services — Compensation — which shall not be diminished during their Continuance in Office"
— and the:

2) Statement of Grievance: Indictment #cr05-2591: Double Jeopardy:
"According to the American Heritage Dictionary — the punctuation mark of the comma — be defined as to being — a punctuation mark used to indicate a separation of ideas or of elements within the structure of a sentence — therefore — providing that all written laws and statutes or any written material — using the punctuation mark of the comma — indicate by preference — the indication of separation of the ideas or of the elements within the structure of a sentence — other than the United States Constitution — because the composition of the Preamble of the United States Constitution — provide otherwise"
— and the:

3) Statement of Relief:

Topic:

"I: Eric Emanuel Taylor —— seek to be paid the monetary amount —— at the zillion: dollars —— for the: John G. Roberts Jr. —— allowing the judicial power of the United States to perjure criminal accusations against I —— and therefore punishing my person —— notwithstanding the accusation itself —— indicating a separation at the idea of punishment —— at every level of progress —— to do such —— or —— forfeit the seat of chief Justice at the Supreme Court of the United States of America —— and the monetary amount at the zillion dollars be due on: 10/3/09                —— Eric Emanuel Taylor
                                             2617 Ash Street
                                        Portsmouth: Virginia 23707"